IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TIMOTHY THRO,**

    **Plaintiff,**

vs.                             **CASE NO. 5:08-cv-120/RS-EMT**

**RICHARD BAGWELL,**
**Investigator, Bay County Sheriff's Office,**

    **Defendant.**
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 56) Plaintiff has not responded.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion for Summary Judgment (Doc. 49) is **GRANTED**.

3. The clerk is directed to enter judgment in favor of Defendant and close the file.

**ORDERED** on September 7, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**